UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLENE KENNEDY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCARE HOLDINGS INC.,<br><br>Defendant. | CASE NO. 4:22-cv-03974-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**CLASS ACTION**<br><br>**ORDER AS MODIFIED GRANTING PLAINTIFF AND DEFENDANT'S JOINT STIPULATION TO TRANSFER VENUE** |

**ORDER**

The Court, having reviewed and considered the Joint Stipulation to Transfer Venue, and good cause appearing therefore, hereby ORDERS:

1. This case could have been brought in the United States District Court for the Middle District of Florida. The parties jointly represent that Florida is the location where a "substantial portion" of the underlying events occurred; Florida is the location where the vast majority of the conduct allegedly relevant to Plaintiffs' claims transpired; Defendant's Information Technology Department is headquartered in Clearwater, Florida, including all decision-makers responsible for the implementation, revision, and maintenance of policies relating to information security measures; there are currently six separate actions concerning the same incident already filed in the Middle District of Florida (and another action that recently was transferred from the Eastern District of California to the Middle District of Florida); and the Middle District of Florida would best serve the convenience of the Parties. This Court therefore finds that transfer of venue from the Northern District of California to the Middle District of Florida is appropriate for the convenience of the parties and witnesses and will further the interests of justice.

2. The Joint Stipulation to Transfer Venue of this case to the United States District Court for the Middle District of Florida is therefore APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court for the Middle District of Florida, for all further proceedings pursuant to 28 U.S.C. § 1404 (a).

4. The Case Management Conference, currently scheduled for January 26, 2023, is VACATED.

5. The hearing on the Joint Motion to Transfer Venue, currently scheduled for January 26, 2023, is VACATED.

6. All deadlines previously set in connection with the foregoing Case Management Conference and Joint Motion to Transfer are VACATED.

7. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida and terminate the case.

**IT IS SO ORDERED**

Dated: 10/3/2022

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge